POLSINELLI PC
Aaron Davis, Esq.
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 803-9918
ADavis@polsinelli.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB61,<br><br>Plaintiff,<br><br>v.<br><br>1215 BROOK LLC; MOSHE STEIN; ELIYAHOU FISHER; MEYER KAUFMAN; COUNTY OIL COMPANY INC.; DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; JOHN DOE NO. I THROUGH JOHN DOE NO. XXX, inclusive, the last thirty names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or corporations, if any, having or claiming an interest in or lien upon the premises described in the Complaint,<br><br>Defendants. | Case No. 1:25-cv-08270-VM |

**NOTICE OF MOTION TO APPOINT A RECEIVER**

**PLEASE TAKE NOTICE** that Plaintiff Wilmington Trust, National Association, as

Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp.,

Multifamily Mortgage Pass-Through Certificates, Series 2019-SB61 ("**Lender**" or "**Plaintiff**"),

1

hereby moves this Court, the United States District Court for the Southern District of New York, for the appointment of a receiver together with such other and further relief as this Court may deem just and proper, with respect to certain real property, improvements thereon, and personal property located at 1215 Brook Avenue, Bronx, NY 10456 (the "**Property**").

PLEASE TAKE FURTHER NOTICE that Lender's Motion is supported by the accompanying Memorandum in Support of Motion for the Appointment of Receiver, Declaration of Alexander Houston Supporting Lender's Motion to Appoint Receiver, and exhibits attached thereto, Declaration of Aaron P. Davis in Support of Lender's Motion to Appoint a Receiver, and exhibits attached thereto, and upon all of the proceedings and pleadings had herein.

PLEASE TAKE FURTHER NOTICE that responses in opposition, if any, shall be served not later than 14 days after service of this Motion or by other date as ordered by the Court; and

PLEASE TAKE FURTHER NOTICE that replies shall be served not later than seven days after service of any responses in opposition or by such other date as ordered by the Court.

Dated: New York, New York
November 7, 2025

Respectfully submitted,

POLSINELLI PC

By: */s/ Aaron P. Davis*
AARON P. DAVIS
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 803-9918
ADavis@polsinelli.com

ATTORNEYS FOR PLAINTIFF

2

107012307