USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB61,

Plaintiff,

-against-

1215 BROOK LLC; MOSHE STEIN; ELIYAHOU FISHER; MEYER KAUFMAN; COUNTY OIL COMPANY INC.; DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; JOHN DOE NO. I THROUGH JOHN DOE NO. XXX, inclusive, the last thirty names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or corporations, if any, having or claiming an interest in or lien upon the premises described in the Complaint,

Defendants.

-------------------------------------------------------------------X

**25-CV-8270 (VM) (KHP)**

**<u>SCHEDULING ORDER</u>**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court thanks the parties for their updates at ECF No. 33.  In light of the circumstances, the Court extends the time for the parties to meet and confer regarding the Proposed Receiver Order at ECF No. 20-1.  By April 20, 2026, the parties shall file a joint letter with any comments to the proposed order.

**SO ORDERED.**

DATED:      New York, New York
            April 13, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

2