USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/05/2026

LAW OFFICES
THOMAS TORTO
443 PARK AVENUE SOUTH
SUITE 600
NEW YORK, NEW YORK 10016

E-MAIL: ttorto@tortolaw.com
TELEPHONE (212) 532-5881

THOMAS TORTO
MEMBER N.Y. AND FLA. BAR

JASON LEVINE

October 2, 2026

**APPLICATION GRANTED:** The Order to Show Cause Hearing scheduled for Monday, October 5, 2026 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Wednesday, November 18, 2026 at 11:00 a.m.

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.
10/05/2026

**Via ECF**

Magistrate Judge Katharine H. Parker
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Wilmington Trust v.1215 Brook LLC, et al
Case No. 25-cv-8270(VM)(KHP)
Hearing Date: October 5, 2026

Dear Magistrate Judge Parker:

I am the attorney for defendants 1215 Brook LLC, Moshe Stein, Eliyahou Fisher and Meyer Kaufman, and respectfully request that the hearing on the order to show cause for contempt be adjourned from October 5, 2026 to November 2, 2026 or such other date as set by the Court. October 5, 2026 is the first time on for the scheduled hearing.

Over the past several months, I have been beset by serious medical problems which have required of appointments with cardiologists, urologists, nephrologists and ophthalmologists to address heart, kidney and peripheral artery diseases and vision impairment due to cataracts and a detached retina. As a result of my medical and vision problems and the time spent away from work attending these appointments, I have fallen behind in my work.

On August 4, 2026, I was at Upstate Medical in Syracuse for a kidney evaluation. On August 5, 2026, I underwent a defibrillator implant procedure. On August 11, 2026, I had a follow up visit with the cardiologist regarding this cardiac procedure. On August 17, 2026, I had a pre-operative evaluation for left eye cataract surgery. The cataract surgery took place on August 18, 2026.

Magistrate Judge Katharine H. Parker
October 2, 2026
-2-

On September 1, 24 and 25, 2026, I had appointments with my cardiologist and nephrologist. Most recently, on October 1, 2026, I had an appointment at NYU Langone Hospital with my diabetic physician, and today I have an appointment with a surgeon regarding a vascular surgical procedure scheduled for October 16, 2026.

In view of the above, I respectfully request that the hearing on plaintiff's order to show cause be adjourned from October 5, 2026 to November 2, 2026 or such other date as convenient for the parties and the Court.

I would have submitted this letter yesterday (2 business days prior to the hearing date per the Court's rules), but my appointment at NYU Langone lasted most of the day. I apologize for any inconvenience from the delay.

I spoke with plaintiff's counsel, Aaron P. Davis, Esq., regarding my application. Mr. Davis stated that it was not plaintiff's motion. I attempted but have been unable to contact the attorney for the Receiver to determine the Receiver's position on my application.

Thank you for your attention.

Respectfully,

**THOMAS TORTO**

TT:dm

cc: Aaron P. Davis, Esq. (Via ECF)
Ryan Sestack, Esq. (Via ECF)