USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB61,

Plaintiff,

-against-

1215 BROOK LLC; MOSHE STEIN; ELIYAHOU FISHER; MEYER KAUFMAN; COUNTY OIL COMPANY INC.; DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; JOHN DOE NO. I THROUGH JOHN DOE NO. XXX, inclusive, the last thirty names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons, or corporations, if any, having or claiming an interest in or lien upon the premises described in the Complaint,

Defendants.
---------------------------------------------------------------X

25-CV-8270 (VM) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

This Court has granted several extension in this case due to Borrower's counsel's health. The Court wishes counsel a speedy recovery. In light of the time that has passed in this case and the uncertain duration of counsel's health issues, the Court reminds counsel that if he is unable to fulfill his professional obligations regarding representation, he may either move the withdraw as counsel or secure the assistance of another attorney who can assist in the defense of this matter. Further extensions of time are unlikely to be granted.

**SO ORDERED.**

DATED: New York, New York
October 6, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge