USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

RYAN SESTACK
rsestack@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

October 27, 2026

**APPLICATION GRANTED: The Show Cause Hearing scheduled for Wednesday, November 18,2026 at 11:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Wednesday, December 2, 2026, at 3:30 p.m.**

APPLICATION GRANTED
Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J.
**10/28/2026**

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Wilmington Trust, National Association v. 1215 Brook LLC et al.*
Case No. 25-CV-8270 (VM) (KHP)

Dear Judge Parker:

This office represents Friedman Real Estate Management, the court-appointed receiver for the real property at issue in this matter. Pursuant to Rule I.c. of your Individual Rules of Civil Practice, the undersigned writes to respectfully request an adjournment of the appearance on the order to show cause scheduled for November 18, 2026 due to a previously scheduled oral argument in another case. This is the first request for an adjournment by the undersigned. Counsel for plaintiff and the defendants consent to this request. Counsel for all parties have conferred and are available on November 17, 2026 and December 2 and 4, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

GORDON REES
SCULLY MANSUKHANI, LLP

*/s/ Ryan Sestack*
Ryan Sestack

CC: All counsel of record via ECF